AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Tyler Burnard <br> ──────────────────── <br> *Petitioner* <br> v. <br> Tina Kotek, Governor, <br> Daniel Ratfield, Attorney General <br> ──────────────────── <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | ) <br> ) <br> ) FILED 21 JAN '26 15:55 USDC-ORP <br> ) <br> ) <br> ) Case No.  6:25-CV-1871 <br> )          *(Supplied by Clerk of Court)* <br> ) <br> ) <br> ) |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Tyler Michael Burnard
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Oregon State Hospital
   (b) Address: 2600 Center Street NE
                Salem, OR 97301
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☑ State authorities    ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*: Wrongfully held as a hostage to the OSH for a non-offense release violation on an original va

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain):

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: PSRB

   (b) Docket number, case number, or opinion number: PSRB# 14-2653, Linn County 13-CR- 02484 documents part o files

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   Revocation of my conditional release on or about June 23, 2020, for an illegitimate alleged "violation" of said terms, and lack of PSRB jurisdiction.

   (d) Date of the decision or action: June 23, 2020

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: PSRB, Oregon Court of Appeals
       (2) Date of filing: 9/6/2020, 11/30/22
       (3) Docket number, case number, or opinion number:
       (4) Result: Denial of release from OSH and PSRB
       (5) Date of result: on or about 9-6-2020 and written order 60 days later, informal email 1circa 2-2-22
       (6) Issues raised: Wrongfully detained in OSH, do not possess a qualifying medical or psychiatric condition, forensically ruled out out by OSH Dr, Sarah Robertson

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: Court of Appeals in 2020, and 2023

        (2) Date of filing: November 2020, February 2023

        (3) Docket number, case number, or opinion number:

        (4) Result: Denial

        (5) Date of result: A year later on both, isued opinions on both

        (6) Issues raised: No qualifying diagnosis, no danger to self or society

    (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes          ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:
Supreme Court

        (2) Date of filing: 1st 2022/23 denied, 2d filed 8/25 pending

        (3) Docket number, case number, or opinion number:

        (4) Result: 1st denied, 2d pending

        (5) Date of result: 2024

        (6) Issues raised: Same as above

    (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☑ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:  Resentencing Motion in Linn County, not approved by DA SB819
(b) Name of the authority, agency, or court:  Linn County

(c) Date of filing:  June of 2024, 9/24, Aug. 2025
(d) Docket number, case number, or opinion number:  Original case #.
(e) Result:  Denial
(f) Date of result:  in a frew days
(g) Issues raised:  Over-sentenced

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I do not now, nor I have ever qualified for a qualified psychiatric diagnosis. OSH psychiatrists testified before the PSRB that I did not qualify or belong in the OSH, specifically Dr Sarah Robertson , MD.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Transcript of PSRB hearings. These unjust rulings are a. product of overreaction after a tragic PSRB case circa 2016 when a patient was reoeased and reoffended, and Hearsay non-offeses,

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes     ☐ No

**GROUND TWO:** Oregon State Police and local euthorities had no valid basis to stop and detain me on June 23, 2020 and take me to the OSH! Further:

Mr. Burnard was remanded initially to the custody of the State Hospital in 2020. The PSRB had received a letter from Cascadia claiming that Mr. Burnard's then-girlfriend, Rayna/Pixie Adams, alleged, among other things, that Mr. Burnard had hired a hitman to kill Ms. Cruze and a former business associate; was spending indiscriminately; not taking medication; and leaving the state without permission. However, reports from the Oregon State Hospital and a letter directly from Ms. Adams show that Ms. Adams denied making those reports. Of importance is a psychiatry note from OSH stating "[t]he situation leading up to revocation is confusing and the reports are inconsistent with one another." While Mr. Burnard had continued to successfully engage with Cascadia Behavioral Health until Ms. Adams made these allegations, Cascadia refused to allow him to return. At the time, Alison Bort was Cascadia's program supervisor, and provided direct care to Mr. Burnard. Before Cascadia refused to take back Mr. Burnard she became the executive director of the PSRB, a clear conflict of interest when deciding Mr.

I should also mention that Mr. Burnard filed a grievance against his primary psychiatrist at Cascadia just before revocation, suggesting bias on the part of Cascadia in reporting the allegations and denying future treatment. Bort coordinated my revocation as PSRB director after bein Burnard's case manager and director.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On the day of the arrest and weeks prior, and the start of a first and only involunary detention by the state at the OSH, for FIVE years and counting today,

Mr. Burnard never broke the law, no speeding, DUI, person offense or any evidence of "alleged" mental relapse or defect. He was delivering his son with permission of Cacadia for a 5tn time or more to his mother in Medford , when pulled over!

No other citizen, not under Cascadia and PSRB review, would have qualified for police detention, nevermind arrest and remand to OSH. This is an outrage!
He is a political prisoner of the state and OSH!

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☑ No

**GROUND THREE:** Conditions of confinement: Poorly treated shoulder injury by inmate, sexual harassment by treating staff, denied packages, ordering online and email priviliges wrongfully! Insufficint protein for balanced diet.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Multiple tort claims and three lawsuits , two federal and one former federal to be refiled in state court.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☑ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Because my counsel Harris Matarazzo did not deem it relevant to the "no qualified diagnosis to detain in OSH" argument.

    I did try and present my wrongful 2020 arrest and conditions of confinement at the OSH in my unsuccessful state habeas petition this past summer.

## Request for Relief

15. State exactly what you want the court to do: I want to be released by the court sua sponte immediately, I am sane, safe and wasting my life, abundant taxpayer dollars and taking up a bed that a truly mntally ill patients needs.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    10-12-25                           S//S Tyler Burnard
                                            *Signature of Petitioner*


                                            S//S Leonard Berman
                                            *Signature of Attorney or other authorized person, if any*